IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. CASPER ADAMSON,
    Petitioner,

vs.                                  Case No. 3:08cv274/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's Amended Motion to Dismiss Petitioner's habeas petition (Doc. 15). Respondent previously filed a Motion to Dismiss on August 29, 2008 (Doc. 13), after which the court issued an order requiring Petitioner to respond to Respondent's motion on or before September 22, 2008 (Doc. 14). Respondent, however, subsequently filed the instant amended motion to dismiss on September 11, 2008 (Doc. 15). Thus, Petitioner is advised that he should disregard the court's previous order requiring him to respond to Respondent's original motion to dismiss (Doc. 13) by September 22, 2008. Petitioner need not file any response to the original motion to dismiss. Instead, Petitioner shall now be required to respond to Respondent's amended motion to dismiss (Doc. 15).

Accordingly, it is **ORDERED**:

1.    Petitioner shall disregard this court's earlier order, issued September 2, 2008 (Doc. 14), requiring Petitioner to file a response to Respondent's original motion to dismiss (Doc. 13).

2.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's amended motion to dismiss (Doc. 15).

**DONE AND ORDERED** this 16th day of September 2008.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**