# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

R. CASPER ADAMSON,

    Petitioner,

vs.                                    Case No. 3:08cv274/MCR/EMT

WALTER A. McNEIL,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 13, 2010 (Doc. 42).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 23rd day of November, 2010.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**